## AMERICA'S MOST PRODUCTIVE
federal district courts
(ranked by court on the service of an average active district judge in that court)
1/1/09 - 12/31/09

| District | Hours on Bench | Trial Hours | Civil Trials | Criminal Trials | Average | Productivity Ranking |
|---|---|---|---|---|---|---|
| Virgin Islands | 9 th | 3 rd | 5 th | 9 th | 6.50 | 1st |
| Florida Southern | 4 th | 2 nd | 15 th | 7 th | 7.00 | 2nd |
| Cal. Eastern | 1 st | 1 st | 4 th | 25 th | 7.75 | 3rd |
| Iowa Southern | 7 th | 4 th | 27 th | 2 nd | 10.00 | 4th |
| N.Y. Eastern | 2 nd | 6 th | 13 th | 22 nd | 10.75 | 5th |
| Tennessee Western | 8 th | 11 th | 16 th | 12 th | 11.75 | 6th |
| Nebraska | 13 th | 12 th | 19 th | 5 th | 12.25 | 7th |
| Puerto Rico | 5 th | 8 th | 9 th | 32 nd | 13.50 | 8th |
| Florida Northern | 27 th | 10 th | 8 th | 10 th | 13.75 | 9th |
| N. Carolina East | 29 th | 29 th | 2 nd | 3 rd | 15.75 | 10th |
| Tennessee Eastern | 21 st | 15 th | 21 st | 8 th | 16.25 | 11th |
| Tennessee Middle | 10 th | 9 th | 17 th | 29 th | 16.25 | 11th |
| Idaho | 6 th | 5 th | 42 nd | 19 th | 18.00 | 12th |
| N.Y. Southern | 3 rd | 7 th | 22 nd | 40 th | 18.00 | 12th |
| Illinois Central | 20 th | 22 nd | 6 th | 26 th | 18.50 | 13th |
| Iowa Northern | 15 th | 14 th | 40 th | 6 th | 18.75 | 14th |
| Montana | 25 th | 17 th | 51 st | 1 st | 23.50 | 15th |
| Maryland | 19 th | 18 th | 38 th | 20 th | 23.75 | 16th |
| Washington Western | 18 th | 16 th | 28 th | 33 rd | 23.75 | 16th |
| South Dakota | 31 st | 24 th | 38 th | 4 th | 24.25 | 17th |
| Virginia Eastern | 33 rd | 23 rd | 33 rd | 9 th | 24.50 | 18th |
| Florida Middle | 50 th | 33 rd | 1 st | 17 th | 25.25 | 19th |
| Kansas | 28 th | 21 st | 27 th | 29 th | 26.25 | 20th |
| N.Y. Western | 11 th | 30 th | 29 th | 37 th | 26.75 | 21st |
| New Mexico | 35 th | 34 th | 22 nd | 16 th | 26.75 | 21st |
| Mississippi S. | 38 th | 13 th | 19 th | 39 th | 27.25 | 22nd |
| Penna. Middle | 32 nd | 36 th | 11 th | 31 st | 27.50 | 23rd |
| Texas Western | 23 rd | 44 th | 33 rd | 11 th | 27.75 | 24th |
| Colorado | 32 nd | 26 th | 13 th | 42 nd | 28.25 | 25th |
| Arkansas Eastern | 53 rd | 20 th | 3 rd | 38 th | 28.50 | 26th |
| Illinois Northern | 12 th | 32 nd | 32 nd | 38 th | 28.50 | 26th |
| Massachusetts | 34 th | 25 th | 12 th | 45 th | 29.00 | 27th |
| N.Y. Northern | 40 th | 19 th | 24 th | 33 rd | 29.00 | 27th |
| Illinois Southern | 48 th | 35 th | 10 th | 29 th | 30.50 | 28th |
| Oregon | 14 th | 47 th | 20 th | 43 rd | 31.00 | 29th |
| Penna. Eastern | 26 th | 38 th | 36 th | 27 th | 31.75 | 30th |
| Connecticut | 24 th | 48 th | 14 th | 44 th | 32.50 | 31st |