UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS, )<br>)<br>and )<br>)<br>MASSACHUSETTS DEPARTMENT )<br>OF CORRECTION, )<br>)<br>Defendants. ) | Case No. 1:09-cv-11623 |

### ~~(PROPOSED)~~ ORDER

WHEREAS, the Parties have jointly moved the Court, by way of their *Joint Motion to Modify and Dissolve the Settlement Agreement and to Dismiss this Case*, to modify and dissolve the Settlement Agreement, and to dismiss the case with prejudice, the Parties' Motion is GRANTED.

It is hereby ORDERED that the Settlement Agreement is modified and dissolved as requested by the Parties in the heretofore mentioned joint motion; and

It is further ORDERED that this case is hereby dismissed with prejudice.

*William G. Young*
William G. Young
United States District Court Judge

June 18, 2019